IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Suzanna Harger, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:15-cv-04232-NKL |
| Fairway Management, Inc.; FWM Payroll Clearing, Inc.; and Bear Holdings, Inc. d/b/a JES Holdings, Inc., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties entered into a Settlement Agreement to resolve the collective and class claims asserted in this case under Missouri and federal wage and hour laws. The Court preliminarily approved the settlement on December 29, 2016. Doc. 142. The Plaintiff has now filed an uncontested Motion for Final Class Settlement Approval. Doc. 144. The Court held a final fairness hearing on the motion on April 7, 2017. Upon consideration of the Settlement Agreement, the motion for approval, the evidence submitted, and arguments, the Court finds and concludes as follows:

1. The Settlement is a fair and reasonable resolution of a bona fide dispute under federal wage and hour laws in contested litigation.

2. The Settlement is a fair, reasonable, and adequate resolution of the claims under state wage and hour laws.

3. In view of the discovery, investigation, and litigation conducted by Class Counsel prior to the proposed Settlement; the complexity, expense, risks, and probable protracted duration of further litigation; the benefits to the class accruing from the Settlement; the absence of any objections to the Settlement; and the fact that one class member opted out, the Court

concludes that approval of the Settlement is in the best interests of the Settlement Class. Therefore, the Settlement is hereby approved.

4. Defendants shall issue payment to all FLSA Plaintiffs, and all Claiming Rule 23 Class Members, as agreed to by the parties in the distribution schedule.

5. All members of the Settlement Class shall conclusively be deemed for all purposes to be permanently barred from commencing, prosecuting, or otherwise maintaining in any court or forum any action against Defendants for any Released Claims.

6. Plaintiffs' requests for service payments of $10,000 apiece to Named Plaintiffs, $1,000 apiece to deposed class members, and $500 apiece to class members who responded to written discovery, are hereby approved. Defendants shall issue such payments in accordance with the Settlement.

7. Class Counsel's application for an award of attorney fees in the amount of $184,148.11 and reimbursement of $9,443.69 in costs is hereby approved. Defendants shall issue such payments in accordance with the Settlement.

8. Unclaimed settlement funds will be reallocated to Participating Class Members as provided in the Settlement Agreement and shall not revert to Defendants.

9. This Order approving the Settlement will be binding on the Settlement Class as defined in the Settlement Agreement.

10. This Litigation is hereby dismissed with prejudice, without costs to any party, except to the extent otherwise expressly provided in the Settlement.

SO ORDERED.

                                                 s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 7, 2017
Jefferson City, Missouri